STATE OF SOUTH CAROLINA	)	**CONFESSION OF JUDGMENT OF**
COUNTY OF CHARLESTON	)	**SOUTHLAND LANDSCAPE CORPORATION**
		**AND DONALD L. POTTIEGER, SR.**

Pursuant to South Carolina Code Annotated §15-35-350 et seq., which provides for Judgment by Confession, the undersigned hereby jointly and severally confess to Judgment in favor of Anthony C. Bass in the amount of Two Hundred Twenty-Eight Thousand, Nine Hundred Twenty-Six and 79/100 ($228,926.79) Dollars.

This amount of money became due from Southland Landscape Corporation to Anthony C. Bass as a result of a promissory note arising from the sale of a business to Southland Landscape Corporation and the default upon payment of a consulting agreement, for which payment has not been made; the liability of Donald L. Pottieger, Sr. arises by reason of a personal guaranty executed by Donald L. Pottieger, Sr. This Confession of Judgment to Anthony C. Bass represents a debt rightfully owed by each of us, jointly and severally, and does not constitute a confession to a contingent liability.

WHEREFORE, being familiar with the terms of South Carolina Code Annotated §15-35-350 et seq. and having read and understood the terms of this document, the undersigned do hereby jointly and severally confess judgment to Anthony C. Bass in the amount of Two Hundred Twenty-Eight Thousand, Nine Hundred Twenty-Six and 79/100 ($228,926.79) Dollars.

SWORN AND SUBSCRIBED before me	) SOUTHLAND LANDSCAPE CORPORATION
this 4th day of August, 2015.	)
_____	) _____
Notary Public for South Carolina	) Donald L. Pottieger, Sr.
My Commission Expires 4-24-16	) Its: Chief Executive Officer

SWORN AND SUBSCRIBED before me	)
this 4th day of August, 2015.	)
_____	) _____
Notary Public for South Carolina	) Donald L. Pottieger, Sr., individually
My Commission Expires 4-24-16	)